```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANDRA FOWLER, *as Co-Administratrixes of the Estate of Wilbert King, Deceased, et al.*,

                                Plaintiffs,

-against-

BRONXCARE HEALTH SYSTEM, *formerly known as* Bronx Lebanon Hospital Center, *et al.*,

                                Defendants.
------------------------------------------------------------X

1:24-cv-02917-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    This action was removed from the Supreme Court of the State of New York, County of Bronx, on April 17, 2024. Dkt. No. 1. Counsel for Plaintiffs are directed to promptly file a notice of appearance in this case. Counsel for Defendants are directed to serve a copy of this order on Plaintiffs, and to retain proof of service.

    SO ORDERED.

Dated: April 18, 2024
       New York, New York

                                                GREGORY H. WOODS
                                             United States District Judge